UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE NAVARRETE, et. al.,<br><br>Defendant. | NO. C01-53341JET<br>CR 91-1041JET<br>ORDER |

THIS MATTER comes on before the above-entitled Court upon Defendant Jose Navarrete's Motion For Relief Pursuant to Fed.R.Civ.P. 60(b).

Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Defendant's motion invokes <u>Booker</u> to justify relief from this court's previous denial of his §2255 petition. Defendant's current motion is properly construed as a second or successive §2255. motion. Defendant has not obtained prior authorization from the Ninth Circuit Court of Appeals to file a second or successive motion. Accordingly, Defendant's motion is DISMISSED for want of jurisdiction.

- 1

1   IT IS SO ORDERED.

2   The clerk of the court is instructed to send uncertified copies of this Order to all counsel of
3   record.

5   DATED this 29th day of September, 2005.

7   /s JACK E. TANNER

_____
8   JACK E. TANNER
SR. UNITED STATES DISTRICT JUDGE

- 2